```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 09098
    LANCE B WILSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6400

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/18/2007 and was confirmed 08/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.90% from remaining funds.

    The case was converted to chapter 7 after confirmation 10/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG        .00            .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE        .00            .00             .00
HOME LOAN SERVICES INC     CURRENT MORTG        .00            .00             .00
HSBC MORTGAGE SERVICE      CURRENT MORTG        .00            .00             .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00            .00             .00
OCWEN FEDERAL BANK         SECURED NOT I    2000.00            .00             .00
DYCK O NEAL INC            CURRENT MORTG        .00            .00             .00
THE CIT GROUP/CONSUMER F   CURRENT MORTG        .00            .00             .00
WILSHIRE CREDIT CORP       CURRENT MORTG        .00            .00             .00
CITY OF CHICAGO DEPT OF    PRIORITY        NOT FILED           .00             .00
CITY OF CHICAGO            UNSECURED        1150.00            .00          102.54
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED           .00             .00
MIDWEST PHYSICIAN GROUP    UNSECURED        1240.00            .00          110.56
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED           .00             .00
MONTEREY FINANCIAL         UNSECURED         447.80            .00           39.93
PEOPLES GAS LIGHT & COKE   UNSECURED         642.79            .00           57.31
VATIV RECOVERY SOLUTIONS   UNSECURED         879.21            .00           78.39
SANTA BARBARA BANK & TRU   UNSECURED        1200.00            .00          107.00
SIR FINANCE                UNSECURED        1518.00            .00          135.35
DYCK O NEAL INC            MORTGAGE ARRE     438.30            .00          438.30
MONTEREY FINANCIAL         SECURED          1500.00          57.86          592.36
HSBC MORTGAGE SERVICE      SECURED NOT I   13540.05            .00             .00
B-REAL LLC                 UNSECURED        1025.00            .00           91.39
MOUNTAIN PEAKS FINANCIAL   SECURED NOT I   26950.27            .00             .00
MOUNTAIN PEAKS FINANCIAL   NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I     286.22            .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I     458.72            .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I     406.43            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09098 LANCE B WILSON
```

```
CITY OF CHICAGO WATER DE  SECURED NOT I     271.37            .00              .00
GMAC MORTGAGE CORPORATIO  NOTICE ONLY    NOT FILED            .00              .00
DYCK O NEAL INC           UNSECURED OTH   39183.21            .00              .00
BUFFINGTON & ASSOCIATES   DEBTOR ATTY      2,994.00                       2,994.00
TOM VAUGHN                TRUSTEE                                           375.01
DEBTOR REFUND             REFUND                                               .00
```

   Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,180.00

PRIORITY                                              .00
SECURED                                          1,030.66
   INTEREST                                          57.86
UNSECURED                                           722.47
ADMINISTRATIVE                                    2,994.00
TRUSTEE COMPENSATION                                375.01
DEBTOR REFUND                                           .00
                      ---------------      ---------------
TOTALS                   5,180.00             5,180.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 09098 LANCE B WILSON